UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GN NETCOM, INC., <br>   a Delaware corporation, <br><br>      Plaintiff <br><br> v. <br><br> KLEIN ELECTRONICS, INC., <br>   A California corporation, <br><br>      Defendant | CIVIL ACTION <br> NO. 05-11768 GAO |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter our appearance for the Defendant, Klein Electronics, Inc. in the above-captioned matter.

                                                     KLEIN ELECTRONICS, INC.

                                                     By his attorneys,

                                                     /s/ Michele E. Randazzo
                                                     Michele E. Randazzo (BBO #564906)
                                                     Jackie Cowin (BBO# 655880)
                                                     Kopelman and Paige, P.C.
                                                     31 St. James Avenue
                                                     Boston, MA 02116
                                                     (617) 556-0007

Date: September 30, 2005

262633/90001/0016