UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No. 05-11768 GAO

GN NETCOM, INC., a Delaware corporation,

      Plaintiff,

v.

KLEIN ELECTRONICS, INC., a California
corporation,

      Defendant.

AND RELATED COUNTERCLAIM.

## MOTION TO ADMIT JOHN S. KYLE *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Defendant and Counterclaimant Klein Electronics, Inc. ("Klein"), by and through its counsel, respectfully moves this Court to admit John S. Kyle *pro hac vice* as co-counsel for Klein in the above-captioned matter. The grounds for this motion are as follows:

1.     Mr. Kyle is a member in good standing of every bar in which he has been admitted to practice. (*See* Declaration of John S. Kyle ("Kyle Decl."), ¶ 3.)

2.     There are no disciplinary proceedings pending against Mr. Kyle as a member of the Bar in any jurisdiction. (*See* Kyle Decl., ¶ 4.)

3.     Mr. Kyle is familiar with the Local Rules of this Court. (*See* Kyle Decl., ¶ 5.)

4.     Mr. Kyle is counsel in the case *Klein Electronics, Inc. v. GN Netcom, Inc., et al.*, pending in the Superior Court of the State of California, County of San Diego, under Case No. GIC 835619. (*See* Kyle Decl., ¶¶ 1 and 6.)

5.    Counsel for GN Netcom, Inc. has no objection to this motion.

WHEREFORE, Defendant and Counterclaimant Klein, by and through its counsel, moves this Honorable Court to admit John S. Kyle *pro hac vice* for the purpose of participating in this proceeding.

Date:  October 4, 2005

DEFENDANT AND COUNTERCLAIMAINT,
KLEIN ELECTRONICS, INC.

By its Attorneys,

Michele F. Randazzo (BBO# 564906)
Kopelman & Paige P.C.
31 St. James Avenue, 7th Floor
Boston, MA 02116
(617) 556-0007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 10/4/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Docket No.: 05-11768 GAO

2005 OCT -4  P 2: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

GN NETCOM, INC., a Delaware corporation,

       Plaintiff,

v.

KLEIN ELECTRONICS, INC., a California
corporation,

       Defendant.

AND RELATED COUNTERCLAIM.

## DECLARATION OF JOHN S. KYLE

I, John S. Kyle, declare and say:

1.    I am one of the attorneys representing Klein Electronics, Inc. ("Klein") as Plaintiff in the California litigation with Defendant GN Netcom, Inc. ("GNN") (Case No. GIC 835619 in the Superior Court of the State of California, County of San Diego).

2.    Except as otherwise noted herein, I have personal knowledge of the facts stated herein and if called to testify before this Court, I could and would competently testify thereto. I am providing this Declaration in support of the Motion to Admit John S. Kyle *Pro Hac Vice*.

3.    I am a member in good standing of every bar in which I have been admitted to practice. Attached as Exhibit A is a Certificate of Good Standing from the United States District Court, Southern District of California.

4.    There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction or Court.

5.    I am familiar with the Local Rules of this Court.

262755
(112025.000002/559486.01)

6.     I am familiar with Klein and the issues in this proceeding. I am one of Klein's attorneys in the dispute between Klein and GNN pending in the Superior Court of the State of California, County of San Diego under Case No. GIC 835619.  My appearance and participation in conjunction with local counsel is necessary and proper for effective representation of Klein in this matter.

7.     I am informed by counsel for GNN, Trent Norris, that GNN has no objection to Klein's Motion to Admit John S. Kyle *Pro Hac Vice*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of October, 2005, at San Diego, California.

John S. Kyle

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on __10/4/05__

262755
(112025.000002/559486.01)

2

# EXHIBIT A

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA                    } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the

Southern District of California,

      DO HEREBY CERTIFY That JOHN SHEPHERD KYLE was duly admitted to practice

in said Court on December 3, 1998, and is in good standing as a member of the bar of said Court

Dated at  San Diego, CA                              W. SAMUEL HAMRICK, JR.
                                           Clerk

on September 9, 2005                        By _____ ,
                                  J. Diaz, Deputy Clerk

\# 116989

UNITED STATES DISTRICT COURT    FILED
FOR THE DISTRICT OF MASSACHUSETTSERKS OFFICE

Docket No.: 05-11768 GAO   2005 OCT -4  P 2: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

GN NETCOM, INC., a Delaware corporation,

      Plaintiff,

v.

KLEIN ELECTRONICS, INC., a California
corporation,

      Defendant.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1 of the United States District Court for the District of

Massachusetts, Defendant's counsel hereby certifies that the parties have attempted in good faith

to resolve or narrow the issue in the Defendant's Motion to Admit John S. Kyle *Pro Hac Vice*,

via exchange of emails on September 30, 2005. Counsel for the Defendant certifies that she

conferred with counsel for GN Netcom, Inc., on September 30, 2005, and that he has no

objection to Defendant's Motion to Admit John S. Kyle *Pro Hac Vice*.

_____
Michele E. Randazzo (BBO# 564906)

262849/61107/0004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on 10/4/05