UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GN Netcom, Inc.,<br><br>  Plaintiff,<br><br>v.<br><br>Klein Electronics, Inc.<br><br>  Defendant. | CIVIL ACTION<br>NO. 05-11768 GAO |

## GN NETCOM'S REPLY TO KLEIN ELECTRONICS ANSWER AND COUNTERCLAIM, AFFIRMATIVE DEFENSES AND JURY DEMAND

Plaintiff and Counterclaim-Defendant, GN Netcom, Inc. ("GN Netcom") by and through its undersigned attorneys, hereby replies to the Answer, Counterclaim and Demand For Jury Trial of Defendant and Counterclaim-Plaintiff, Klein Electronics, Inc. ("Klein") as follows:

1. GN Netcom admits the allegations contained in Paragraph 1 of the Counter Complaint.

2. GN Netcom admits the allegations contained in Paragraph 2 of the Counter Complaint.

3. GN Netcom admits that this Court has jurisdiction over the claims alleged in the Counter Complaint. Except as so admitted, GN Netcom denies each and every remaining allegation in Paragraph 3 of the Counter Complaint.

4. GN Netcom admits the allegations contained in Paragraph 4 of the Counter Complaint.

5. GN Netcom admits that venue is proper in this judicial district. Except as so admitted, GN Netcom denies each and every remaining allegation in Paragraph 5 of the Counter

Complaint.

## COUNT I

### (DECLARATORY JUDGMENT)

6. GN Netcom incorporates by reference its responses to the allegations of Paragraph 1 through 5 above as if set forth fully herein.

7. GN Netcom admits that it is seeking enforcement of United States Design Patent D501,196S (the "'196 patent") against Klein. Except as so admitted, GN Netcom denies each and every remaining allegation in Paragraph 7 of the Counter Complaint.

8. GN Netcom denies the allegations contained in Paragraph 8 of the Counter Complaint.

### FIRST AFFIRMATIVE DEFENSE

Klein's Counter Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

United States Design Patent D501,196S is valid and enforceable in all respects.

### FIRST AFFIRMATIVE DEFENSE

Klein is infringing United States Design Patent D501,196S, has done so willfully, and continues to do so.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, GN Netcom, Inc. prays:

    a. For an Order declaring that United States Design Patent D501,196S is valid and enforceable and dismissing Klein's Counterclaim;

    b. For an Order declaring that Klein has infringed the claim of United States Design Patent D501,196S;

    c. For an Order declaring that Klein's infringement of United States Design Patent D501,196S has been willful;

    d. For an Order trebling any award of damages against Klein;

-3-

    e.  For an Order declaring this case exceptional and awarding GN Netcom its reasonable attorney's fees as a result of Klein's infringement and Klein's meritless defense of the present action;

    f.  For an Order awarding damages to compensate GN Netcom for Klein's willful patent infringement; and

    g.  That GN Netcom be granted such other and further relief as this Court may deem just and proper.

  GN Netcom hereby demands a trial by jury on all issues so triable.

    GN Netcom, Inc.

    By its attorneys,


     /s/ David M. Magee            .
    Joshua M. Dalton BBO# 636402
    David M. Magee, BBO #652399
    **BINGHAM McCUTCHEN LLP**
    150 Federal Street
    Boston, Massachusetts 02110
    Tel: (617) 951-8000
    Fax: (617) 951-8736

Dated:  December 14, 2005

-4-

CERTIFICATE OF SERVICE

The undersigned attorney affirms that he caused the attached pleading entitled:

GN NETCOM'S REPLY TO KLEIN ELECTRONICS
ANSWER AND COUNTERCLAIM,
AFFIRMATIVE DEFENSES AND JURY DEMAND

to be filed electronically via the United States District Court for the District of Massachusetts'

ECF system and also served copies upon the following attorneys of record:

| | |
|---|---|
| Michele E. Randazzo | John S. Kyle |
| Kopelman and Paige, P.C. | Procopio, Cory, Hargreaves & Savitch LLP |
| 31 St. James Avenue | 530 B Street, Suite 2100 |
| Boston, MA 02116 | San Diego, CA 92101-4469 |

by overnight delivery on the 14th day of December 2005.

 /s/ David M. Magee                .
David M. Magee, BBO #652399
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736