UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GN Netcom, Inc.,<br><br>           Plaintiff,<br><br>v.<br><br>Klein Electronics, Inc.,<br><br>           Defendant. | CIVIL ACTION<br>NO. 05-11768 GAO |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated and agreed by and between the parties, Plaintiff and Counterclaim-Defendant, GN Netcom, Inc. ("GN Netcom") and Defendant and Counterclaim-Plaintiff, Klein Electronics, Inc. ("Klein"), by and through its undersigned counsel, that

1. The Complaint in this action shall be dismissed WITHOUT PREJUDICE to its revival by GN Netcom in accordance with the terms of the parties' private settlement agreement;

2. The Counterclaim in this action shall be dismissed WITH PREJUDICE; and

LITDOCS/626566.1

3. The parties shall bear their respective fees and costs.

Dated: January 6, 2006

| BINGHAM McCUTCHEN LLP | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
|---|---|
| By: /s/ Joshua M. Dalton<br>Joshua M. Dalton BBO# 636402<br>150 Federal Street<br>Boston, Massachusetts 02110<br>Tel: (617) 951-8000 | By: /s/ John S. Kyle<br>John S. Kyle (*Pro Hac Vice*)<br>530 B Street, Suite 2100<br>San Diego, CA 92101-4469<br>Tel: (619) 515-3225 |
| Attorneys for Plaintiff<br>GN Netcom, Inc. | Attorneys for Defendant<br>Klein Electronics, Inc. |

SO ORDERED:

_____

Hon. George A. O'Toole, Jr
U.S.D.J.

LITDOCS/626566.1