UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GN Netcom, Inc. | ) | CIVIL ACTION |
| | ) | NO. 05-11768 GAO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Klein Electronics, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated and agreed by and between the parties, Plaintiff and Counterclaim-Defendant, GN Netcom, Inc. ("GN Netcom") and Defendant and Counterclaim-Plaintiff, Klein Electronics, Inc. ("Klein"), by and through its undersigned counsel, that

1. The Complaint in this action shall be dismissed WITHOUT PREJUDICE to its revival by GN Netcom in accordance with the terms of the parties' private settlement agreement;

2. The Counterclaim in this action shall be dismissed WITH PREJUDICE; and

LITDOCS/628566.1

3.  The parties shall bear their respective fees and costs.

Dated: January 6, 2006

BINGHAM McCUTCHEN LLP

By:

Joshua M. Dalton BBO# 636402
150 Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000

Attorneys for Plaintiff
GN Netcom, Inc.

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP

By:

John S. Kyle (*Pro Hac Vice*)
530 B Street, Suite 2100
San Diego, CA 92101-4469
Tel: (619) 515-3225

Attorneys for Defendant
Klein Electronics, Inc.

SO ORDERED: January 19, 2006

/s/George A. O'Toole, Jr
_____
Hon. George A. O'Toole, Jr
U.S.D.J.